KURT C. FAUX, ESQ.
Nevada Bar No. 003407
LELAND K. FAUX, ESQ.
Nevada Bar No. 012206
THE FAUX LAW GROUP
1540 W. Warm Springs Road, #100
Henderson, Nevada 89014
Telephone: (702) 458-5790
Facsimile: (702) 458-5794
Email: kfaux@fauxlaw.com
      lfaux@fauxlaw.com
*Attorneys for The Guarantee Company of North America USA*

### IN THE UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| THE GUARANTEE COMPANY OF NORTH AMERICA USA, a Michigan Corporation;<br><br>              Plaintiff,<br>vs.<br><br>CONSTRUCTION SERVICES UNLIMITED, a Nevada Corporation; GLOBAL DEVELOPMENT GROUP, LLC, a Nevada limited liability company; MICHAEL D. FROELICH, an individual; BARBARA FROELICH, an individual;<br><br>              Defendants. | Case No.: 2:14-cv-01745-APG-NJK<br><br>**STIPULATION AND ORDER TO VACATE HEARING** |

Plaintiff The Guarantee Company of North America USA ("GCNA") and Defendants Construction Services Unlimited, Global Development Group, LLC, Michael D. Froelich, and Barbara Froelich, through their respective counsel, stipulate to vacate the hearing on GCNA Motion for an Order to Show Cause Why the Defendants Should Not be Held in Contempt (Doc. 20)

///

///

1

currently scheduled for hearing on September 2, 2015. The parties further stipulate that the motion will be vacated without prejudice.

DATED this 1st day of September, 2015.   DATED this 1st day of September, 2015.

THE FAUX LAW GROUP   G.E. ROBINSON LAW

By: /s/ Leland K. Faux   By: /s/ George E. Robinson (with permission)
KURT C. FAUX, ESQ.   George E. Robinson, Esq.
Nevada Bar No. 003407   Nevada Bar No. 9667
LELAND K. FAUX, ESQ.   616 South Eighth Street
Nevada Bar No. 12206   Las Vegas, Nevada 89101
1540 W. Warm Springs Rd. Ste. 100   (702) 233-4225
Henderson, NV 89014   *Attorney for Defendants*
 (702) 458-5790
*Attorneys for The Guarantee Company of North America USA*

It is so ordered.

_____
U.S. DISTRICT COURT JUDGE

DATED: __ September 1, 2015 ___

2