**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| GUARANTEE COMPANY OF NORTH AMERICA USA,<br><br>                Plaintiff,<br><br>   v.<br><br>CONSTRUCTION SERVICES UNLIMITED, *et al.*,<br><br>                Defendants. | Case No. 2:14-cv-01745-APG-NJK<br><br>**ORDER FOR STATUS REPORT** |

In light of the plaintiff's status report (ECF No. 39),

IT IS ORDERED that plaintiff Guarantee Company of North America USA shall file a status report on or before September 12, 2016.

DATED this 12th day of July, 2016.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE