**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| GUARANTEE COMPANY OF NORTH AMERICA USA, | Case No. 2:14-cv-01745-APG-NJK |
| Plaintiff, | **ORDER FOR STATUS REPORT** |
| v. | |
| CONSTRUCTION SERVICES UNLIMITED, *et al.*, | |
| Defendants. | |

In light of the plaintiff's status report (ECF No. 41),

IT IS ORDERED that plaintiff Guarantee Company of North America USA shall file a motion for default judgment or a status report on or before November 18, 2016.

DATED this 3rd day of November, 2016.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE