UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| Guarantee Company of North America USA, Plaintiff, v. Construction Services Unlimited, et al., Defendants. | Case No. 2:14-cv-01745-APG-NJK<br>ORDER EXONERATING BOND |

This matter is before the Court to clarify the default judgment filed on December 6, 2016 (ECF No. 46).

Upon further review of the case, it was noted there was no directive as to the $1,000.00 surety bond posted on behalf of Plaintiff Guarantee Company of North America USA (ECF No. 19 and Receipt #55387).

It is therefore ordered that the $1,000.00 surety bond posted in this matter is fully exonerated. The Clerk of Court is directed to release said funds to the rightful owner.

IT IS SO ORDERED.

Dated this 28th day of August 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE